IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

E.P.R.,                              *

    Petitioner,                      *

vs.                                  *

                        CASE NO. 4:26-cv-559-CDL-ALS

WARDEN, STEWART DETENTION          *
CENTER, *et al.*,

                      *

    Respondents.

                      *

O R D E R

    Petitioner having received a bond hearing as ordered by the Court and failing to show cause why Petitioner's application for habeas relief is not moot, this case is dismissed.

    IT IS SO ORDERED, this 11th day of May, 2026.

                    s/Clay D. Land
                    CLAY D. LAND
                    U.S. DISTRICT COURT JUDGE
                    MIDDLE DISTRICT OF GEORGIA